1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11 | BELLA R. G.,[1]

Case No. SACR 24-1876 JLS (PVC)

12 |        Plaintiff,

13 |    v.

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

14 | FRANK BISIGNANO,[2]
Commissioner of Social Security,

15

16 |       Defendant.

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records

19 and files herein, and the Report and Recommendation of the United States Magistrate

20 Judge.  The time for filing Objections to the Report and Recommendation has passed and

21 no Objections have been received.  Accordingly, the Court accepts the findings,

22 conclusions, and recommendations of the Magistrate Judge.

23

24

25

---

26   [1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
27 Administration and Case Management of the Judicial Conference of the United States.

28   [2] Frank Bisignano, Commissioner of Social Security, is substituted for his predecessor, whom Plaintiff named in the Complaint.  *See* Fed. R. Civ. P. 25(d).

1    IT IS ORDERED that the decision of the Commissioner be REVERSED and that

2   the above-captioned action be REMANDED to the Commissioner for further action

3   consistent with the Court's Report and Recommendation of United States Magistrate

4   Judge.

5

6    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

7   Judgment herein on counsel for Plaintiff and counsel for Defendant.

8

9    LET JUDGMENT BE ENTERED ACCORDINGLY.

10

11  DATED: August 29, 2025

12

13                                          _____

14                                          JOSEPHINE L. STATON
                                            UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28