JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLA R. G.,[1] | Case No. SACV 24-1876 JLS (PVC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FRANK BISIGNANO,[2] Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Report and Recommendation of United States Magistrate Judge.

DATED: August 29, 2025

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano, the Commissioner of Social Security, is hereby substituted as the defendant.